Territorial Law Library

FILED
COURT
2013 JAN 17 PM 12: 50
CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

MARK A. CUMMINS,

           Petitioner,

        v.

JOSE SAN AGUSTIN, Director of the
Guam Department of Corrections

           Respondent.

CASE NO. SP0161-12

**DECISION AND ORDER ON
PETITIONER'S MOTION FOR
APPOINTMENT OF COUNSEL**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on November 5, 2012 on Petitioner's Motion for Appointment of Counsel. Petitioner Mark A. Cummins appeared *pro se*. Having considered the circumstances and the applicable law, this Court now issues its Decision and Order.

## FACTUAL BACKGROUND

Petitioner Mark Cummins is an inmate at the Department of Corrections. On October 5, 2012, Petitioner filed a Petition for Writ of Habeas Corpus. Petitioner proceeds *pro se* with his request that this Court appoint counsel to assist and represent him on his Petition. This Court now issues its Decision and Order.

## DISCUSSION

Guam Miscellaneous Rule 1.1.1(B) allows a trial court to appoint counsel for a *pro se* plaintiff under certain circumstances:

B. Discretionary. The court may appoint counsel for a person who is financially unable to obtain representation who is:

1. charged with civil or criminal contempt and facing loss of liberty;
2. seeking collateral relief from a judgment in a criminal matter; or,
3. a person whose rights under the United States Constitution (or the Organic Act) may be substantially infringed without the appointment of counsel.

MR 1.1.1(B). In light of MR 1.1.1(B) allowing for appointment of counsel for a pro se plaintiff and upon consideration of the facts, this court finds good cause to appoint counsel.

## CONCLUSION

There being good cause, the Petitioner's motion for appointment of counsel is hereby **GRANTED**. This Court appoints Terence Timblin to represent Petitioner in proceeding with his Petition for Writ of Habeas Corpus.

A Scheduling Conference is set for February 4, 2013 at 2:00 p.m.

It is **SO ORDERED** this 16th day of January, 2013.

JAN 16 2013

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.

JAN 17 2013

Esther L.G. Pinaula
Deputy Clerk, Superior Court of Guam

-2-